# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 12, 2025

Lyle W. Cayce
Clerk

No. 24-20157

_____

Pi Data Centers Pvt. Limited,

*Plaintiff—Appellant*,

*versus*

Hewlett Packard Enterprise Company,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-3947

_____

Before Smith, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Pi Data Centers ("Pi Data"), an Indian company, provides cloud computing and data services to its clients. Hewlett Packard Enterprise Company ("HPE") is a Delaware corporation with a global footprint, including a wholly owned Indian subsidiary named Hewlett Packard Enterprise Company India ("HPE India").

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-20157

As alleged, Pi Data and HPE India agreed to provide cloud computing services to the Indian state of Andhra Pradesh.  Because HPE India could not contract with Pi Data, its local partner—K Computers—did so instead.  The cloud computing project did not go smoothly.  By the time it finished, K Computers sued Pi Data in Indian court for unpaid debt while Pi Data, for its part, reported K Computers to HPE, claiming that it violated HPE's Code of Conduct.  After HPE investigated K Computers but declined to take any action, Pi Data sued HPE in federal court, alleging negligence, negligent misrepresentation, and breach of fiduciary duty.

The district court dismissed for failure to state a claim.  Pi Data appeals.

We have reviewed the briefs, the record, and the applicable law and have heard oral argument.  Essentially for the reasons given by the district court, there is no reversible error.  The judgment is AFFIRMED.